**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: March 6, 2019**

C. Kathryn Preston
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| In re: | ) | Case No. | 18-55486 |
|---|---|---|---|
| Frederik Van Vliet | ) | | |
| Heather Van Vliet | ) | Judge | C. Kathryn Preston |
| | ) | | |
| Debtor(s) | ) | Chapter | 13 |

### ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN
### (Rel Doc#24)

This matter is before the Court on Debtor's Motion for Temporary Suspension of Plan Payments (Doc. #24).

The Court finds the Motion to be well taken, and therefore GRANTS Debtor's Motion and temporarily suspends Debtor's Chapter 13 plan payments. Debtor's Chapter 13 plan payments are suspended from February 2019 through March 2019, months 6 through 7 of the Chapter 13 plan. Debtor shall resume making plan payments to the Chapter 13 Trustee in April 2019, month 8 of the plan.

**IT IS SO ORDERED**

Copies to: Default List

###