**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: May 29, 2019**

---

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Case No. | 18-55486 |
| Frederik Van Vliet | ) | | |
| Heather Van Vliet | ) | Judge | C. Kathryn Preston |
| | ) | | |
| Debtor(s) | ) | Chapter | 13 |

### ORDER MODIFYING DEBTOR'S CHAPTER 13 PLAN
### (Rel. Doc. 30)

This matter is before the Court on Debtor's Motion to Modify Chapter 13 Plan (Rel. Doc. 30)

The Court finds the Motion to be well taken and therefore grants Debtor's Motion. The plan is modified pursuant to 11 U.S.C. §1329. Debtor shall pay to the Trustee $625.00 for months one through five; $0.00 per month for months six through seven; then $354.00 per month for the remaining months of Debtor's Chapter 13 plan. Debtor shall pay a dividend to general unsecured creditors of no less than 1.00%.

**IT IS SO ORDERED**

Copies to: Default List

### ###